**STATE of Missouri,**
**Plaintiff-Respondent,**

v.

**James H. BALLARD,**
**Defendant-Appellant.**

No. 49703.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 12, 1985.

Motion for Rehearing and/or
Transfer Denied
Dec. 17, 1985.

William J. Shaw, Public Defender, Clayton, for defendant-appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

**PER CURIAM.**

Defendant, James H. Ballard, appeals jury verdict and judgment of guilty on the charge of sodomy. § 566.060 RSMo 1978. Punishment was assessed at twenty years imprisonment. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 30.25.